
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:09-cr-24 |
| Plaintiff, | **INDICTMENT** |
| v. | 42 U.S.C., § 408(a)(7)(A); |
| FAZAL MEHMOOD, also known as Fazal Mehmood Awan, | 18 U.S.C., §1426(a) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Misuse of Social Security Card)**

From on or about November 6, 1990, until November 30, 2005, or later, in the Southern District of Iowa, and elsewhere, the defendant, FAZAL MEHMOOD, also known as Fazal Mehmood Awan, did knowingly, willfully, and with intent to deceive, use a social security account number, that is XXX-XX-6505, assigned by the Commissioner of Social Security on the basis of false information furnished to the Commissioner of Social Security by him.

This is a violation of Title 42, United States Code, Section 408(a)(7)(A).

1

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Making a False Record)**

On or about on July 31, 2000, in Clinton County within the Southern District of Iowa, the defendant, FAZAL MEHMOOD, also known as Fazal Mehmood Awan, did knowingly and falsely make a record and paper required or authorized by law relating to registry of aliens, by submitting a false I-129, Petition for a Non-immigrant Worker, seeking an H1B visa for a Pakistani national, and indicating falsely that the person would be employed by Sana Systems as a programmer analyst from October 1, 2003 to June 30, 2006.

This is a violation of Title 18, United States Code, §1426(a).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Making a False Record)**

On or about on July 8, 2003, in Clinton County within the Southern District of Iowa, the defendant, FAZAL MEHMOOD, also known as Fazal Mehmood Awan, did knowingly and falsely make a record and paper required or authorized by law relating to registry of aliens, by submitting a false Form I-129, Petition for a Non-immigrant Worker, for a non-immigrant visa-holder and a letter dated June 30, 2003 stating falsely that the visa-holder had "been working extensively in the area of network support, system and software development...." and representing falsely that from "October 2001 to Present" the visa-holder had worked as a

"Network and System Administrator" for Sana Systems, a business, in Clinton, Iowa.

This is a violation of Title 18, United States Code, §1426(a).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Making a False Record)**

On or about on December 31, 2003, in Clinton County within the Southern District of Iowa, the defendant, FAZAL MEHMOOD, also known as Fazal Mehmood Awan, did knowingly and falsely make a record and paper required or authorized by law relating to registry of aliens by submitting a false letter dated December 31, 2003 stating falsely that a visa-holder "went for a vacation and has not reported back to us for a long time" and "[w]e believe he either has transferred to another company or has returned to his home country."

This is a violation of Title 18, United States Code, §1426(a).

**A TRUE BILL.**

/s/
_____
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/
_____
Clifford R. Cronk III
Assistant United States Attorney